D. PENDER v. GRIFFIN, BRO. & CO.

(See Syllabus in the preceding case.)

This was an appeal by the plaintiff from an order of the Court below, made in the preceeding case, which order and the facts relating thereto are fully stated therein.